# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-35951-JSB |
| | § | |
| LISA A. HENDERSON-HOLLEY | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 09/03/2013, in Courtroom 615, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  08/08/2013               By:  /s/ David P. Leibowitz
                                            (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-35951-JSB |
| | § | |
| LISA A. HENDERSON-HOLLEY | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*         $4,354.00
*and approved disbursements of*              $1,325.29
*leaving a balance on hand of[1]:*           $3,028.71

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:        $0.00
Remaining balance:                            $3,028.71

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $758.38 | $0.00 | $758.38 |
| David P. Leibowitz, Trustee Expenses | $2.24 | $0.00 | $2.24 |

Total to be paid for chapter 7 administrative expenses:    $760.62
Remaining balance:                                         $2,268.09

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:   $0.00
Remaining balance:                                           $2,268.09

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | Total to be paid to priority claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $2,268.09 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $4,581.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 49.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Trinity International University | $3,440.60 | $0.00 | $1,703.16 |
| 2 | American InfoSource LP as agent for Target | $465.58 | $0.00 | $230.47 |
| 3 | American InfoSource LP as agent for US Cellular | $542.65 | $0.00 | $268.62 |
| 4 | American InfoSource LP as agent for US Cellular | $133.01 | $0.00 | $65.84 |

| | Total to be paid to timely general unsecured claims: | $2,268.09 |
|---|---|---|
| | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-35951-JSB
Lisa A. Henderson-Holley                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: froman              Page 1 of 2              Date Rcvd: Aug 09, 2013
                               Form ID: pdf006           Total Noticed: 19

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2013.
db         +Lisa A. Henderson-Holley,    4021 W. Harrison St.,    Chicago, IL 60624-3548
19423967   +Capital One Auto Finance,    PO Box 60511,   City of Industry, CA 91716-0511
19424172   +Capstone Quarters Urbana,    1375 E. Woodfield Rd #110,    Schaumburg, IL 60173-5423
19424174   +Chase Bank,   P.o. Box 325,   Lawrence, MA 01842-0625
19424173   +Chase Bank,   P.O. Box 9004,   Renton, WA 98057-9004
19424176   +Curves,   1700 Kiefer Drive, Suite 1,   Zion, IL 60099-5105
19424180  ++DIRECTV LLC,   ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
            (address filed with court: Directv,    PO Box 78626,    Phoenix, Az 85062)
19424021   +Dish Network,    Dept 0063,   Palatine, IL 60055-0001
19424022   +Kroger,   Dept 86130,   P.O. Box 1259,   Oaks, PA 19456-1259
19424179   +Northwestern Medical FF,    680 N. Lake Shore Drive,    Chicago, IL 60611-3092
19424177   +Santander Consumer USA,    P.O. Box 129,   Thorofare, NJ 08086-0129
19424181   +Target National Bank,    PO Box 660170,   Dallas, TX 75266-0170
19424178   +Trinity International University,    2065 Half Day Road,    Deerfield, IL 60015-1241
19423966   +Urban Partnership,    55 E. Jackson Blvd,   Chicago, IL 60604-4466

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19424014   +E-mail/Text: g17768@att.com Aug 09 2013 23:42:29      AT&T,   P.O. Box 5080,
             Carol Stream, IL 60197-5080
19978686    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 10 2013 00:03:34
             American InfoSource LP as agent for,    US Cellular,    PO Box 248838,
             Oklahoma City, OK  73124-8838
19744901    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 10 2013 00:03:34
             American InfoSource LP as agent for,    Target,   PO Box 248866,   Oklahoma City, OK  73124-8866
20320082    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 09 2013 23:50:46
             American InfoSource LP as agent for TD Bank, USA,    PO Box 248866,
             Oklahoma City, OK  73124-8866
19424015   +Fax: 866-419-3894 Aug 10 2013 00:40:12      US Cellular,    Dept 0203,   Palatine, IL 60055-0001
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19424175      Capital One,   P.O. Box 6492
19424182      City of Chicago,    Dept of Rev,   PO Box 88292
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 11, 2013**                      **Signature:**         _Joseph Speetjens_

Case 12-35951    Doc 33    Filed 08/09/13    Entered 08/11/13 23:26:38    Desc Imaged
Certificate of Notice    Page 6 of 6

```
District/off: 0752-1          User: froman                Page 2 of 2                   Date Rcvd: Aug 09, 2013
                              Form ID: pdf006             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2013 at the address(es) listed below:
          Amanda E Losquadro    on behalf of Creditor    Urban Partnership Bank alosquadro@chuhak.com, mvasquez@chuhak.com
          David P Leibowitz, ESQ    dleibowitz@lakelaw.com, il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Terri M Long    on behalf of Creditor    Capital One Auto Finance Courts@tmlong.com
          TOTAL: 4

Case 12-35951    Doc 33    Filed 08/09/13    Entered 08/11/13 23:26:38    Desc Imaged
Certificate of Notice    Page 6 of 6