**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-35951-JSB |
| | § | |
| LISA A. HENDERSON-HOLLEY | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $92,430.00 | Assets Exempt: | $21,900.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $2,268.09 | Claims Discharged Without Payment: | $30,685.75 |
| Total Expenses of Administration: | $765.43 | | |

3) Total gross receipts of $4,354.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $1,320.48 (see **Exhibit 2),** yielded net receipts of $3,033.52 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $126,561.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $765.43 | $765.43 | $765.43 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $28,372.00 | $4,581.84 | $4,581.84 | $2,268.09 |
| **Total Disbursements** | $154,933.00 | $5,347.27 | $5,347.27 | $3,033.52 |

4). This case was originally filed under chapter 7 on 09/11/2012. The case was pending for 14 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/18/2013          By:   /s/ David P. Leibowitz
                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Tax Refund | 1224-000 | $4,354.00 |
| **TOTAL GROSS RECEIPTS** | | $4,354.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| LISA HENDERSON-HOLLEY | Exemptions | 8100-002 | $1,320.48 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $1,320.48 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Auto Finance | 4210-000 | $19,516.00 | NA | $0.00 | $0.00 |
| | Urban Partnership Bank | 4210-000 | $107,045.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $126,561.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $758.38 | $758.38 | $758.38 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $2.24 | $2.24 | $2.24 |
| Green Bank | 2600-000 | NA | $4.81 | $4.81 | $4.81 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $765.43 | $765.43 | $765.43 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Trinity International University | 7100-000 | NA | $3,440.60 | $3,440.60 | $1,703.16 |
| 2 | American InfoSource LP as agent for Target | 7100-900 | NA | $465.58 | $465.58 | $230.47 |
| 3 | American InfoSource LP as agent for US Cellular | 7100-000 | NA | $542.65 | $542.65 | $268.62 |
| 4 | American InfoSource LP as agent for US Cellular | 7100-000 | NA | $133.01 | $133.01 | $65.84 |
| | AT & T | 7100-000 | $200.00 | NA | NA | $0.00 |
| | AT & T | 7100-000 | $300.00 | NA | NA | $0.00 |
| | AT & T | 7100-000 | $80.00 | NA | NA | $0.00 |
| | Capital One | 7100-000 | $900.00 | NA | NA | $0.00 |
| | Capstone Quarters Urbana | 7100-000 | $3,964.00 | NA | NA | $0.00 |
| | Chase Bank | 7100-000 | $914.00 | NA | NA | $0.00 |
| | Chase Bank | 7100-000 | $528.00 | NA | NA | $0.00 |
| | City of Chicago - Dept of Rev | 7100-000 | $4,500.00 | NA | NA | $0.00 |
| | Curves | 7100-000 | $814.00 | NA | NA | $0.00 |
| | Directv | 7100-000 | $120.00 | NA | NA | $0.00 |
| | Dish Network | 7100-000 | $150.00 | NA | NA | $0.00 |
| | Kroger | 7100-000 | $447.00 | NA | NA | $0.00 |
| | Northwestern Medical FF | 7100-000 | $100.00 | NA | NA | $0.00 |
| | Santander Consumer USA | 7100-000 | $11,090.00 | NA | NA | $0.00 |
| | Target National Bank | 7100-000 | $250.00 | NA | NA | $0.00 |
| | Trinity International Univer | 7100-000 | $3,415.00 | NA | NA | $0.00 |
| | US Cellular | 7100-000 | $600.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $28,372.00 | $4,581.84 | $4,581.84 | $2,268.09 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**

Page No: 1

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 12-35951-JSB | **Trustee Name:** | David Leibowitz |
| **Case Name:** | HENDERSON-HOLLEY, LISA A. | **Date Filed (f) or Converted (c):** | 09/11/2012 (f) |
| **For the Period Ending:** | 11/18/2013 | **§341(a) Meeting Date:** | 11/06/2012 |
| | | **Claims Bar Date:** | 02/27/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Tax Refund (u) | $0.00 | $0.00 | | $4,354.00 | FA |
| 2  4021 W. Harrison, Chicagon IL 60624 | $104,230.00 | $0.00 | | $0.00 | FA |
| 3  Furniture for living room and bedrooms all furnishings older than 6 years | $0.00 | $0.00 | | $0.00 | FA |
| 4  General Clothing | $600.00 | $600.00 | | $0.00 | FA |
| 5  2010 Dodge Journey | $9,500.00 | $2,600.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                          **Gross Value of Remaining Assets**

$114,330.00          $3,200.00                              $4,354.00          $0.00

**Major Activities affecting case closing:**

12/03/2012    Tax Intercept Completed
06/18/2013    TFR Completed for Trustee's review.

**Initial Projected Date Of Final Report (TFR):**    12/31/2013              /s/ DAVID LEIBOWITZ
**Current Projected Date Of Final Report (TFR):**                              DAVID LEIBOWITZ

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-35951-JSB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | HENDERSON-HOLLEY, LISA A. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2037 | Checking Acct #: | ******5101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/11/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/18/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/06/2013 | (1) | United States Treasury | Tax Refund | 1224-000 | $4,354.00 | | $4,354.00 |
| 05/10/2013 | 3001 | LISA HENDERSON-HOLLEY | Entitled portion of tax refund. | 8100-002 | | $1,320.48 | $3,033.52 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.81 | $3,028.71 |
| 09/04/2013 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $758.38 | $2,270.33 |
| 09/04/2013 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $2.24 | $2,268.09 |
| 09/04/2013 | 3004 | Trinity International University | Claim #: 1; Amount Claimed: 3,440.60; Amount Allowed: 3,440.60; Distribution Dividend: 49.50; | 7100-000 | | $1,703.16 | $564.93 |
| 09/04/2013 | 3005 | American InfoSource LP as agent for US Cellular | Claim #: 3; Amount Claimed: 542.65; Amount Allowed: 542.65; Distribution Dividend: 49.50; | 7100-000 | | $268.62 | $296.31 |
| 09/04/2013 | 3006 | American InfoSource LP as agent for US Cellular | Claim #: 4; Amount Claimed: 133.01; Amount Allowed: 133.01; Distribution Dividend: 49.50; | 7100-000 | | $65.84 | $230.47 |
| 09/04/2013 | 3007 | American InfoSource LP as agent for Target | Claim #: 2; Amount Claimed: 465.58; Amount Allowed: 465.58; Distribution Dividend: 49.50; | 7100-900 | | $230.47 | $0.00 |
| | | | **TOTALS:** | | $4,354.00 | $4,354.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $4,354.00 | $4,354.00 | |
| | | | Less: Payments to debtors | | $0.00 | $1,320.48 | |
| | | | **Net** | | $4,354.00 | $3,033.52 | |

| For the period of 9/11/2012 to 11/18/2013 | | For the entire history of the account between 05/06/2013 to 11/18/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,354.00 | Total Compensable Receipts: | $4,354.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,354.00 | Total Comp/Non Comp Receipts: | $4,354.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $3,033.52 | Total Compensable Disbursements: | $3,033.52 |
| Total Non-Compensable Disbursements: | $1,320.48 | Total Non-Compensable Disbursements: | $1,320.48 |
| Total Comp/Non Comp Disbursements: | $4,354.00 | Total Comp/Non Comp Disbursements: | $4,354.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| **Case No.** | 12-35951-JSB | **Trustee Name:** | David Leibowitz |
| **Case Name:** | HENDERSON-HOLLEY, LISA A. | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***2037 | **Checking Acct #:** | ******5101 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 9/11/2012 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 11/18/2013 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $4,354.00 | $4,354.00 | $0.00 |

**For the period of 9/11/2012 to 11/18/2013**

| | |
|---|---|
| Total Compensable Receipts: | $4,354.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,354.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,033.52 |
| Total Non-Compensable Disbursements: | $1,320.48 |
| Total Comp/Non Comp Disbursements: | $4,354.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 09/11/2012 to 11/18/2013**

| | |
|---|---|
| Total Compensable Receipts: | $4,354.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,354.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,033.52 |
| Total Non-Compensable Disbursements: | $1,320.48 |
| Total Comp/Non Comp Disbursements: | $4,354.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ